UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **KIMMECA L. HARRIS,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **FINANCIAL RECOVERY SERVICES,INC.** | CASE NO: 18-1157-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Stipulation of Dismissal without Prejudice entered on August 7, 2018, this cause is hereby DISMISSED without prejudice.**

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 10/19/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk